# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DEVAN MCCALLUM,** | * | |
| v. | * | Civil No. GLR-14-3531 |
| **U.S. CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF HOMELAND SECURITY,** | * | |
| **Defendant.** | * | |

*******

## GOVERNMENT'S RESPONSE TO PLAINTIFF'S MOTION TO SET ASIDE FORFEITURE UNDER 18 U.S.C. § 983

The United States of America, by and through its undersigned counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Evan T. Shea, Assistant United States Attorney, submits this response to plaintiff's motion to set aside administrative forfeiture.

The Government consents to the entry of an order pursuant to 18 U.S.C. § 983(e)(2)(A) setting aside the declaration of forfeiture as to the interest of the moving party without prejudice to the right of the Government to commence a subsequent judicial forfeiture proceeding as to the interest of the moving party. Further, pursuant to 18 U.S.C. § 983(e)(2)(B)(ii), the Government shall commence such proceeding within six months of the entry of the order granting the motion.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

_____/s/_____
Evan T. Shea
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document was filed using CM/ECF on July 2, 2015 and served on all parties of record via that system.

/s/_____
Evan T. Shea
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4982